■ KATHRYN D. WEISS v. JOHN D. WEISS.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, McNally and Stevens, JJ.

■ RICHARD L. DAVISSON v. JERRY MILLER.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ CHARLES G. FUQUA et al., Doing Business under the Name of UNIVERSAL ATTRACTIONS v. IVORY D. WATSON et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

■ HARRY J. GERBIG et al. v. ROSE ZUMPANO.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of THOMAS J. BARRETT, Petitioner, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. VITO RIZZI.— Motion for leave to reargue and for assignment of counsel denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ HENRY MOSKOWITZ v. PEARCE MAYER & GREER.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ FRED McCONNELL v. COMMONWEALTH PICTURES CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of GUARDIAN LIFE INSURANCE COMPANY OF AMERICA against DAN H. ELKIND.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente and McNally, JJ.

■ ROSSIE L. GIBSON v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ LILLIAN CESLOWITZ et al. v. PUBLIC NATIONAL BANK & TRUST COMPANY OF NEW YORK.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ ROSEANN BASIL v. CITY OF NEW YORK. CITY OF NEW YORK v. RUSS REALTY CORPORATION.— Application granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES BARCELLONIA.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EUCEPHUS FLOYD YOUNG, SR.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTOPHER J. MAIKISCH Indicted as CHRIS J. MIKISCH.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.